IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MANDI GREEN**, on behalf of herself and other similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>**BISSELL HOMECARE INC.,** *et al.*,<br><br>         Defendants. | Civil Action Number:<br>**2:10-cv-02421-AKK** |

## ORDER

In accordance with its Memorandum Opinion, (doc. 25), the court hereby **DISMISSES** this action.  Plaintiff's breach of express warranty claims are **DISMISSED WITH PREJUDICE**.  Plaintiff's claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961 *et seq.*, are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's refiling her complaint in accordance with the court's instructions in Section IV.B.(c). of its Memorandum Opinion.  Costs are taxed as paid.

**DONE** and **ORDERED** this 29th day of July, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE